UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETRA PENA, an individual; | Case No. 2:13-cv-01102-SVW-SP |
| Plaintiff, | **ORDER TO STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, et al. | JS-6 |
| Defendants. | |

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.


DATED:  September 4, 2013

_____

Hon. Stephen V. Wilson
United States District Judge